UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| HAIDER, ALNOOR ) | | Case No. 05-49124-SQU |
| HAIDER, YASMIN ) | | |
| Debtor(s). ) | | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL  60187

    On:  **October 17, 2008**              Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $359,129.61 |
    | Disbursements | $295,619.32 |
    | Net Cash Available for Distribution | $63,510.29 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $20,456.48 | $0.00 |
    | COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $5,506.00 | $58.49 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:
N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,844.27 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Internal Revenue Service | $5,844.27 | $5,844.27 |

7. Claims of general unsecured creditors totaling $32,523.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 97.3000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
|  | Internal Revenue Service | $1,211.07 | $333.11 |
| 000001 | Coca Cola Enterprises Inc | $551.45 | $551.45 |
| 000002 | Discover Bank/Discover Financial Se | $13,442.08 | $13,442.08 |
| 000003 | B-Line, Llc / Chase Bank Usa N.A. | $17,318.41 | $17,318.41 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Household Goods | $900.00 |
| Books | 30.00 |
| Wearing Apparel | 300.00 |
| Jewelry | 200.00 |
| Life Insurance | 19,700.00 |
| Retirement Accounts | 20,075.00 |
| Automobiles | |

Dated: **September 11, 2008**   For the Court,

By:   **KENNETH S. GARDNER**
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Trustee:   Gina B. Krol
Address:   105 West Madison Street
Suite 1100
Chicago, IL  60602-0000
Phone No.:   (312) 368-0300

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0124   Doc 46   Filed 09/11/08   Entered 09/14/08 00:05:05   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Sep 11, 2008
Case: 05-49124                Form ID: pdf002          Total Served: 31
```

The following entities were served by first class mail on Sep 13, 2008.
```
db         +Alnoor Haider,    4622 Lake Valley Dr,    Apt 2A,    Lisle, IL 60532-1442
jdb        +Yasmin Haider,    4622 Lake Valley Dr,    Apt 2A,    Lisle, IL 60532-1442
aty        +Alex Wilson,    Law Offices of Peter Francis Geraci,    55 East Monroe St., Suite #3400,
             Chicago, IL 60603-5920
aty        +Andrew B Nelson,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
             Chicago, IL 60603-5920
tr         +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10103363   +ASG,    Bankruptcy Department,    6341 Inducon Dr East,    Sanborn, NY 14132-9016
10103370   +Academy Collection Service,    Bankruptcy Department,    10965 Decatur Rd.,
             Philadelphia, PA 19154-3210
10103359   +Associated Recovery Systems,    Bankruptcy Department,    201 W. Grand Ave.,
             Escondido, CA 92025-2603
10103364   +Bank of America,    Bankruptcy Department,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
10103358   +Capital One,    Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
10103355   +Chase,    Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
10103369   +Citibank,    Bankruptcy Department,    PO Box 183036,    Columbus, OH 43218-3036
10103354    Client Services, Inc.,    Bankruptcy Department,    3451 Harry S. Truman Blvd.,
             St. Charles, MO 63301-4047
10103352   +Coca Cola Enterprises Inc,    521 Lake Kathy Dr,    Brandon, FL 33510-3945
10103377   +First Midwest Bank,    Bankruptcy Department,    300 N. Hunt Club Rd.,    Gurnee, IL 60031-2502
10103365   +Fredrick J Hanna,    Bankruptcy Department,    1655 Enterprise Way,    Marietta, GA 30067-9209
10103368   +Harvard Collection Services,    Bankruptcy Department,    4839 N. Elston Ave.,
             Chicago, IL 60630-2534
10103372  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10103374   +Nissan Motor Acceptance Corp.,    Bankruptcy Department,    8900 Freeport Parkway,
             Irving, TX 75063-2438
10103356   +Pepsi America,    c/o Barry Serota,    PO Box1008,    Arlington Heights, IL 60006-1008
10103375   +RBMG Inc.,    Attn: Bankruptcy Dept.,    PO Box 7126,    Columbia, SC 29202-7126
10103371    SBC,    Bankruptcy Department,    PO Box 5072,    Saginaw, MI 48605-5072
10103366   +Santana Energy,    c/o CMI,    4200 International Pkwy,    Carrollton, TX 75007-1912
10103373    WFS Financial,    Attn: Bankruptcy Department,    PO Box 25343,    Santa Ana, CA 92799-5343
10103360   +Yellow Pages,    c/o CRF Solutions,    PO Box 1389,    Simi Valley, CA 93062-1389
```
The following entities were served by electronic transmission on Sep 12, 2008.
```
10654771   +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Sep 12 2008 04:50:10
             B-Line, LLC / Chase Bank USA N.A.,    Mail Stop 550,    2101 4th Avenue, Suite 1030,
             Seattle, WA 98121-2317
10103367   +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          Commonwealth Edison,
             Attn: System Credit/BK Dept,    2100 Swift Dr.,    Oak Brook, IL 60523-1559
10103357    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2008 04:53:42      Discover Bank,
             Bankruptcy Dept.,    PO Box 8003,    Hilliard, OH 43026
10587267    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2008 04:53:42
             Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10103368   +E-mail/Text: bkynotice@harvardcollect.com                          Harvard Collection Services,
             Bankruptcy Department,    4839 N. Elston Ave.,    Chicago, IL 60630-2534
10103376   +E-mail/PDF: bncnotices@nationalcity.com Sep 12 2008 04:50:03     National City Bank,
             Bankruptcy Department,    4653 E. Main Street,    Columbus, OH 43251-0001
10103353   +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2008 04:50:00     Sam's Club,    Bankruptcy Department,
             PO Box 103036,    Roswell, GA 30076-9036
                                                                                              TOTAL: 7
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10103361    CRF Solutions,    Bankruptcy Department,    _____?,    _____?, __ _____
aty*       +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10103362*  +Capital One,    Bankruptcy Dept.,    1957 Westmoreland Road,    Richmond, VA 23276-0001
                                                                                             TOTALS: 1, * 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 11, 2008
Case: 05-49124                Form ID: pdf002          Total Served: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2008**                    **Signature:**    *Joseph Speetjens*