IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ALNOOR HAIDER,** | ) | |
| **YASMIN HAIDER,** | ) | No. 05 B 49124 |
| | ) | |
| Debtor(s). | ) | |

### ORDER ABANDONING ASSETS

AT CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE **JOHN H. SQUIRES**, BANKRUPTCY JUDGE
THIS 17th DAY OF OCTOBER, 2008

This cause coming on to be heard upon the Motion of GINA B. KROL, Trustee herein, to Abandon Interest in Assets of the above-named Debtors, due notice having been given to all parties in interest and the Court being fully advised, NOW THEREFORE:

IT IS HEREBY ORDERED that GINA B. KROL, Trustee herein, is hereby authorized to abandon her interest in assets of the Debtor, namely, Household Goods, Books, Wearing Apparel, Jewelry, Life Insurance, Retirement Accounts, and Automobiles.

ENTER:

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 100
Chicago, IL 60602
312/368-0300

/s/ John H. Squires
BANKRUPTCY JUDGE

OCT 24 2008